**Order entered July 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00194-CV

## JOHN H. ROACH, INDIVIDUALLY, AND AS SOLE TRUSTEE OF THE CREDIT SHELTER TRUST AND THE MARITAL TRUST, Appellant

## V.

## PATRICIA S. ROACH, ET AL., Appellees

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-21-00540-1**

### ORDER

Before the Court is appellees' July 18, 2022 unopposed motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **August 19, 2022**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE